THE CITY OF NEW YORK, Respondent, v. NATIONAL DREDGING COMPANY, Appellant, Impleaded with Others.

Argued December 2, 1938; decided January 3, 1939.

*Roger Siddall* and *Joseph W. Whelan* for appellant.

*William C. Chanler, Corporation Counsel (Milton I. Newman* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.